COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

BLUEBERRY SALES, L.L.P., §

Appellant, §

v. §

BARRY CALLEBAUT AG, §

Appellee. §

§

No. 08-07-00239-CV

Appeal from the

327th District Court

of El Paso County, Texas

(TC# 2006-1437)

## MEMORANDUM OPINION

Pending before the Court is the joint motion of Appellant, Blueberry Sales, L.L.P., and Appellee, Barry Callebaut, to dismiss this appeal pursuant to TEX. R. APP. P. 42.1 because the parties have settled all matters in controversy. We grant the motion and dismiss the appeal with prejudice. Pursuant to the parties' agreement, we assess costs against the party incurring same. *See* TEX.R.APP.P. 42.1(d)(absent agreement of the parties, the court will tax costs against the appellant).

ANN CRAWFORD McCLURE, Justice

June 3, 2009

Before McClure, J., Ables, Judge, and Gomez, Judge
Ables, Judge, sitting by assignment
Gomez, Judge, sitting by assignment